

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-77,046

**HENRY WATKINS SKINNER, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON DIRECT APPEAL OF AN ORDER GRANTING DNA TESTING FROM CAUSE NO. 5216 IN THE 31ST JUDICIAL DISTRICT COURT GRAY COUNTY

*Per curiam*.

### O R D E R

The trial court and the parties in this case agreed to DNA testing of certain items, and the trial court issued an order memorializing this agreement and stating that the testing was pursuant to Texas Code of Criminal Procedure Article 64.03. After the results of the testing were received, the trial court issued an order purportedly under Article 64.04 in which it held that, after examining the results of the testing, had the results been available during the trial of the case, it was not reasonably probable that

appellant would not have been convicted.  On September 4, 2014, this Court received a notice of appeal which purports to appeal this ruling.

Upon reviewing the case, this Court has determined that it is unclear whether this case is properly before it.  Because there is a question regarding whether this appeal arises from a properly filed Texas Code of Criminal Procedure Chapter 64 motion requesting DNA testing or whether it arises from something else, the Court suggests that the parties be prepared to address this issue at oral argument.  *See State v. Patrick*, 86 S.W.3d 592 (Tex. Crim. App. 2002).

IT IS SO ORDERED THIS THE 18th DAY OF MARCH, 2015.


Do Not Publish